# MEMO ENDORSED

## BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7TH FLOOR • NEW YORK, NY 10022 • PH. 212.446.2300 • FAX 212.446.2350

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4-16-13
```

April 15, 2013

**VIA PDF E-MAIL**

The Honorable Andrew L. Carter, Jr.
United States Courthouse
40 Foley Square, Room 435
New York, New York 10007
ALCarterNYSDChambers@nysd.uscourts.gov

    Re: *McMillan v. Barclays Bank PLC*, No. 13-CV-1095 (ALC) (DF); Defendant's Request to Adjourn Pre-Motion Conference on April 18

Dear Judge Carter:

On behalf of Defendant, Barclays Bank PLC, I write to respectfully request an adjournment of the pre-motion conference currently scheduled for April 18. Last Friday I had emergency surgery. Medical follow-up this week will preclude my travelling to New York for the scheduled conference. Plaintiff's counsel has graciously stated that they have no objection to my request.

Respectfully Submitted,

*/s/ Jonathan M. Shaw*

Jonathan M. Shaw (*pro hac vice* motion pending)

cc: Kevin Fritz, Esq. (via PDF email)

*Application granted. The pre-motion conference is adjourned to 4/26/13 at 2:30 p.m. So Ordered.*

*/s/ Andrew L. Carter*
4-16-13