USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
L. LONDELL MCMILLAN,

                      Plaintiff,            13 **CIVIL** 1095 (ALC) (DF)

    -against-                           **JUDGMENT**

BARCLAYS BANK PLC, et al.,
                      Defendants.
------------------------------------------------------------X

      Defendants having moved to dismiss the Complaint for lack of subject matter jurisdiction, and the matter having come before the Honorable Andrew L. Carter, Jr., United States District Judge, and the Court, on September 3, 2014, having rendered its Opinion and Order granting Defendants' Motions to Dismiss the Complaint and directing the Clerk of the Court to close this case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 3, 2014, Defendant's Motions to Dismiss the Complaint are granted; accordingly, the case is closed.

**Dated:** New York, New York
          September 3, 2014

                                                  RUBY J. KRAJICK
                                                  _____
                                                  Clerk of Court
                                 BY:
                                                       Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____